IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 5:14-CV-685-F

| | | |
|---|---|---|
| USA for the use and benefit of<br>IQ Contracting, LLC | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | ORDER FOR ENTRY OF DEFAULT |
| DB Marine Construction, Inc.;<br>Otak Group, Inc.; and The Hanover<br>Insurance Company, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Default against Defendant DB Marine Construction, Inc. for its failure to file an Answer or otherwise respond to Plaintiff's Complaint, and the entire record herein, it is by the Court this 25th day of February, 2015, ORDERED, that Plaintiff's Motion for Entry of Default be, and the same hereby is, GRANTED.

By: _____
Julie Richards Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.: 5:14-cv-00685-F

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of IQ CONTRACTING, LLC,<br>Plaintiff,<br><br>v.<br><br>DB MARINE CONSTRUCTION, INC.; OTAK GROUP, INC.; and THE HANOVER INSURANCE COMPANY<br>Defendants. | ORDER FOR ENTRY OF DEFAULT |

THAT WHEREAS, it has been made to appear to the undersigned Clerk of Court for the United States District Court for the Eastern District of North Carolina, upon affidavit or otherwise, that Crossclaim Defendant DB Marine Construction, Inc. has failed to plead or defend against Crossclaim Plaintiff OTAK Group, Inc.'s Crossclaim; that Third-Party Defendant Michael M. Doherty has failed to plead or defend against Third-Party Plaintiff OTAK Group, Inc.'s Third-Party Complaint; that neither DB Marine Construction, Inc. or Michael M. Doherty are infants nor incompetent persons; and DB Marine Construction, Inc. and Michael M. Doherty are not in the military service of the United States.

And that said Crossclaim Defendant DB Marine Construction, Inc. and Third-Party Defendant Michael M. Doherty are otherwise subject to default as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against DB Marine Construction, Inc. and Michael M. Doherty in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 25th day of February, 2015.

Julie Richards Johnston, Clerk